IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHERRIE K. PRALL, | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL NO. 3:12-CV-01681 |
| | : | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : | (Judge Brann) |
| | : | |
| Defendant | : | |

ORDER
June 9, 2014

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Sherrie K. Prall as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Sherrie K. Prall disability insurance benefits is affirmed.

3. The Clerk of Court shall close this case.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge